# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rufe, Cynthia M | 2. Court or Organization<br><br>USDC, Eastern District of PA | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>US Courthouse, Rm.12614<br>601 Market Street<br>Phila., PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner (12.5%) | Ten Centre Associates - please see Sect. VIII, attached |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY 15 P 1:17 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994-02 | PA State Employees Retirement System- Pension upon Retirement |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Commonwealth of Pennsylvania- Administrative Office of the Pennsylvania Courts.Spouse is a Judge of the Court of Common Pleas. |
| 2. 2006 | Social security benefits |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Bucks County Bar Association, Doy;estown, PA | September 14-15, 2006 Annual Bench-Bar Conference at Crystal Springs, Vernon, NJ (Room/ meals for Judge and spouse-both speakers) |
| 2. ABA | March 11-16, 2006 TIPS National Trial Academy at the National Judicial College, Reno, NV (hotel/meals/travel) Senior Faculty/Mentor |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M | 05/14/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M | 05/14/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Janney Montgomery Scott | debit account | J |
| 2. | Bank of America | credit card/line of credit | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commercial Real Estate, Newtown, PA | D | Rent | M | W | None | | | | |
| 2. First National Bank of Newtown (Accounts) | A | Interest | J | T | None | | | | |
| 3. | | | | | | | | | |
| 4. Fidelity Independence Fund (Mutual Funds, IRA) | B | Dividend | K | T | None | | | | |
| 5. Pa. State Employees Retirement System (pension)* | | None | M | T | None | | | | |
| 6. | | | | | | | | | |
| 7. UVSP | A | Dividend | J | T | None | | | | |
| 8. BLS | B | Dividend | K | T | None | | | | |
| 9. LU | | None | J | T | Sell | 8/08 | J | A | Market |
| 10. PNC | A | Dividend | K | T | None | | | | |
| 11. PPL | A | Dividend | J | T | None | | | | |
| 12. WB | B | Dividend | L | T | None | | | | |
| 13. UVSP | D | Dividend | N | T | None | | | | |
| 14. Pa. State Employees Retirement System (pension)* | | None | M | T | None | | | | |
| 15. CMCSA | | None | J | T | Buy | 01/11 | J | | |
| 16. Marriott Vacation Club Int. | | None | K | T | Buy | 01/06 | K | | Marriott Vacation Club Int |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. Positions (continued from Page 1)

3. Ten Centre Associates is a partnership in which I hold 12.5% ownership of commercial real estate, Ten Centre Plaza, Newtown, Pennsylvania. The real estate holds a long-term lease with the Pennsylvania Liquor Control Board and another separate tenant. I am a general partner and have only a passive investment interest. I am not involved in the management or the daily operations of the partnership or the property.

| Name of Person Reporting | Date of Report |
|---|---|
| Rufe, Cynthia M | 05/14/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date May 14, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544